UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES—  
GENERAL

| Case No. | 5:24-cv-00494-SHK | Date | April 30, 2024 |
|---|---|---|---|

| Title | *Luz Zendejas v. Red Moon, Inc., et al.* |
|---|---|

| Present: The Honorable | Shashi H. Kewalramani, United States Magistrate Judge |
|---|---|

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On March 6, 2024 Plaintiff Luz Zendejas ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") in this Federal Court. Electronic Case Filing Number ("ECF No.") 1, Compl. On April 9, 2024, Plaintiff filed a Proof of Service of Summons of Complaint ("Proof of Service" or "POS"), indicating that Plaintiff served the summons and Complaint on Defendant Red Moon, Inc. on April 1, 2024, and Defendant Michael Nishanian on April 4, 2024. ECF No. 7,8.

Generally, defendants must answer or otherwise respond to a complaint within twenty-one days after being served with the summons and Complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). Here, because service was effectuated on April 1, 2024, and April 4, 2024, Defendant's answer was due twenty-one days later. As of the date of this Order, Defendants have not filed an answer or otherwise responded to the Complaint and Plaintiff has not requested that default be entered against Defendants as authorized under Federal Rule of Civil Procedure ("Rule") 55. As such, this litigation is stalled.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by **May 7, 2024,** why this action should not be dismissed for failure to prosecute. Plaintiff can satisfy this order by requesting that default be entered against Defendants pursuant to Rule 55 by the date stated above. Plaintiff is warned that failure to timely respond to this OSC in the manner stated above **may result in the dismissal of this action** for failure to prosecute and follow Court orders.

**IT IS SO ORDERED.**